COBURN, PLAINTIFF IN ERROR *v.* MURRAY.

PRACTICE. Consent of parties cannot be received to give validity to a bill of exceptions, unless it is certified by the Judge to be conformable to the ;truth of the case.

THIS was a writ of error to reverse the judgment of a Justice of the peace in a military case. It appeared that the bill of exceptions was not filed at the trial, the counsel agreeing that it might be filed at a subsequent day, which was done, at which time the Justice could only certify that he *believed* it was conformable to the truth of the case, but not that it *actually* was so, having no minutes of the trial.

But THE COURT refused to sustain the writ, observing that they could not take jurisdiction of a record made up by agreement of parties, and without the regular authentication of the Judge or magistrate who tried the cause, and before whom the. record still remains.